1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                      SOUTHERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA,      )   Case No. 92CR0118-T
                                   )
9                   Plaintiff,     )
                                   )
10       v.                        )   JUDGMENT AND ORDER OF
                                   )   DISMISSAL OF INDICTMENT AND
11  JUAN CARLOS BRISENO-RIVAS,     )   RECALL ARREST WARRANT
                                   )
12                  Defendant.     )
    _____)
13

14       Upon motion of the UNITED STATES OF AMERICA and good cause

15  appearing,

16       IT IS HEREBY ORDERED that the indictment in the above entitled

17  case be dismissed without prejudice and recall arrest warrant.

18       IT IS SO ORDERED.

19  DATED:   October 29, 2012

20                                  _____
                                    M. James Lorenz
21                                  United States District Court Judge

22

23

24

25

26

27

28